Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 156 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Benjamin Cantin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/26/08. Defendant informed of his rights. Enter order appointing Mary Judge as counsel for defendant. Government seeks detention. Bond, Detention hearing and preliminary examination is set for 2/28/08 at 1:30 p.m. Defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|