## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 156 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Benjamin Cantin | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives detention hearing at this time without prejudice to renew at a later time. Defendant is to remain in custody and bound to the District Court for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|