

MAR 2 4 2008

FILED
MAR 2 4 2008 NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 156   JUDGE CASTILLO |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| BENJAMIN G. CANTIN | ) | Section 2113(a) |

The UNITED STATES ATTORNEY charges:     MAGISTRATE JUDGE COLE

On or about February 25, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

BENJAMIN G. CANTIN,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $4,700 in United States currency belonging to, and in the care, custody, control, management, and possession of the Fifth Third Bank located at 100 S. Halsted Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

_____
UNITED STATES ATTORNEY