FILED
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 24 2008 NF

**FELONY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**JUDGE CASTILLO**

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE COLE**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:

   08 CR 156  US v. Benjamin Cantin   Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒ YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO ☒    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒    YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ☒    YES ☐

6) What level of offense is this indictment or information?    FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?    NO ☒    YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☒    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .. (III) |
   | ☐ Criminal Antitrust ....... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
   | ☒ Bank robbery .......... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws ........... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ......... (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
   | ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ........... (IV) |
   | ☐ Assault ............ (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act ........... (IV) |
   | ☐ Burglary ............ (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    18 USC 2113(a)

_____
Assistant United States Attorney

(Revised 12/99)