## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 156 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. Benjamin G. Cantin | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant appeared, waived formal reading of the information and entered a plea of not guilty. Change of plea hearing set for 4/8/2008 at 12:30 p.m. From today's date until 4/8/2008 is excluded pursuant to 18 U.S.C. 3161(h)(2) and 18 U.S.C. 3161(h)(8)(A)(B). (X-I and X-T).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cr-00156    Document 11    Filed 04/02/2008    Page 1 of 1

08CR156 USA vs. Benjamin G. Cantin        Page 1 of 1