Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 156 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Benjamin Cantin | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 4/9/2008. Defendant appeared and entered a plea of guilty to the One Count Information. Enter Waiver of Indictment. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty to the One Count Information. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 6/18/2008 at 1:00 p.m.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | RO |
|---|---|---|