

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
APR 09 2008
APR 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u> DISTRICT OF <u>ILLINOIS, EASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

BENJAMIN G. CANTIN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 156

I, <u>BENJAMIN G. CANTIN</u>, the above named defendant, who is accused of

taking, by force and violence, and by intimidation, from the person and presence of a bank employee approximately $4,700 in United States currency belonging to, and in the care, custody, control, management, and possession of the Fifth Third Bank located at 100 S. Halsted Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>April 2, 2008,</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer