Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 156 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Benjamin Cantin | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. It is ordered that the Chicago Police Dept. release the personal property of Mr. Benjamin Cantin to his attorney Mary H. Judge.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|