

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 156 |
| v. | ) | |
| | ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN | ) | |

### AGREED ORDER

This matter being brought before the Court and all parties advised thereof, IT IS HEREBY ORDERED THAT the Chicago Police Department release the personal property of Mr. Benjamin Cantin to his attorney Mary H. Judge, the Federal Defender Program and its employees. The Chicago Police acquired Mr. Cantin's property on February 25, 2008, subsequent to Mr. Cantin's arrest. The CPD inventory number for Mr. Cantin's property, specifically a black backpack containing eye wear is under inventory number 11229334.

SO ORDERED:

_____
Hon. Ruben Castillo

Entered:

___4/23/08___