UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 156 |
| v. | ) | |
| | ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN | ) | |
| | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that former Assistant United States Attorney Faris Hussein is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Renai S. Rodney
Renai S. Rodney
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the WITHDRAWAL AND SUBSTITUTION OF COUNSEL was served on May 27, 2008, in accordance with FED.R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/Renai S. Rodney
Renai S. Rodney
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064