IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | No. 08 CR 156-1 |
| v. | ) ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN | ) ) ) |  |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The defendant, BENJAMIN CANTIN, by his attorney, MARY H. JUDGE, respectfully moves this Court to reset the sentencing hearing. In support, the defendant states the following:

1. On April 9, 2008, pursuant to a written plea agreement, Mr. Cantin entered a plea of guilty to the indictment. On that same date, this Court ordered the probation department to prepare a presentence investigation report and scheduled Mr. Cantin's sentencing hearing for June 18, 2008.

2. Although the parties agreed that Mr. Cantin's criminal history points placed him in a criminal history category VI, the criminal history records the government provided to the defense did not include two prior convictions that would warrant application of the career offender guideline. However, on May 29, 2008, Mr. Cantin received a copy of the Presentence Investigation Report (PSI). The PSI is inconsistent with the plea agreement, as it assigns 19 criminal

history points and concludes that Mr. Cantin is considered a career offender under the advisory guidelines.

3.   Therefore, Mr. Cantin is seeking an extension of time to review the criminal history records discovered by the probation department and is asking this Court to continue the sentencing hearing for 30 days.

4.   Defense counsel also seeks an order requiring the probation department to disclose to the parties, the criminal history records it obtained to prepare the PSI in the above captioned case, upon request.

5.   Prior to filing this motion, defense counsel contacted the Assistant United States Attorney currently assigned to this case, Renai S. Rodney, and she does not oppose this motion.

WHEREFORE, the defendant is asking this Court to reset the sentencing hearing which is currently set for June 18, 2008, to a date in mid-July that is convenient for the Court .  Additionally, in order to assess the probation department's determination that Mr. Cantin is a career offender, defense counsel is seeking an order requiring the probation office to disclose the criminal history records it obtained in order to prepare the report, to the parties upon request.

                                      FEDERAL DEFENDER PROGRAM
                                      Terence F. MacCarthy,
                                      Executive Director

By: _____
       Mary H. Judge
       *Attorney for Benjamin Cantin*

FEDERAL DEFENDER PROGRAM
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8336

**CERTIFICATE OF SERVICE**

The undersigned, Mary H. Judge , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on  June 3 , 2008, to counsel/parties that are non-ECF filers.

                By:      s/*Mary H. Judge*
                                  Mary H. Judge
                                  FEDERAL DEFENDER PROGRAM
                                  55 E. Monroe St., Suite 2800
                                  Chicago, Illinois 60603
                                  (312) 621-8336