IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 156-1 |
| | ) | |
| | ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN, | ) | |
|     Defendant. | ) | |

## NOTICE OF MOTION

TO:   Renai Rodney                               Rebecca Fowlie
        Assistant United States Attorney     United States Probation Office
        219 S. Dearborn St., 5th Floor        55 E. Monroe Street, Suite 1500
        Chicago, IL 60604                          Chicago, IL 60603

       PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 9:45 a.m., in Courtroom 2141, we shall appear before the Honorable Ruben Castillo, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

–     **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

                                                         Respectfully submitted,

                                                         FEDERAL DEFENDER PROGRAM
                                                         Terence F. MacCarthy
                                                         Executive Director

                                                         By: s/Mary H. Judge
                                                          Mary H. Judge

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8336