IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | No. 08 CR 156 |
| vs. ) | |
| ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN, ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:  Renai Rodney                              Rebecca Fowlie
     Assistant United States Attorney          United States Probation Office
     219 S. Dearborn Street, 5th Floor         55 E. Monroe Street, 15th Floor
     Chicago, IL 60604                          Chicago, IL 60603

Please take notice that on this 18th day of July, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

– UNOPPOSED MOTION TO FILE PSYCHOLOGICAL ASSESSMENT UNDER SEAL

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:  s/Mary H. Judge
     Mary H. Judge

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8336

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 156-1 |
| | ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN | ) | |

UNOPPOSED MOTION TO FILE
PSYCHOLOGICAL ASSESSMENT UNDER SEAL

Defendant BENJAMIN CANTIN, by the FEDERAL DEFENDER PROGRAM and its attorney MARY H. JUDGE, respectfully moves this Honorable Court for permission to file Mr. Cantin's "Psychological Assessment," prepared by Dr. Michael Igaravidez, under seal. In further support, Mr. Cantin submits the following:

1. The assessment contains extremely sensitive mental health and personal information. Accordingly, an order sealing the document is appropriate.

2. Mr. Cantin respectfully requests that this Court enter an order placing "Defendant's Psychological Assessment" under seal, such that the filing is considered a restricted document pursuant to Local Rule 26.2. It is further requested that it be labeled a restricted document, and that access be restricted to the Court, the government, the probation office, and Mr. Cantin and his counsel. It is further requested that the document remain restricted until such time as the

documents are disposed of in the normal practice of the clerk's office, or until further order of this Court.

3. Assistant United States Attorney Renai Rodney does not oppose this motion.

                                            Respectfully submitted,

                                            FEDERAL DEFENDER PROGRAM
                                            Terence F. MacCarthy
                                            Executive Director

                                            By: _____
                                                 Mary H. Judge

FEDERAL DEFENDER PROGRAM
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8336

# CERTIFICATE OF SERVICE

The undersigned, Mary H. Judge, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

UNOPPOSED MOTION TO FILE PSYCHOLOGICAL ASSESSMENT UNDER SEAL

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on July 18, 2008, to counsel/parties that are non-ECF filers.

By:   s/Mary H. Judge
Mary H. Judge
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8336

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 156-1 |
| | ) | Hon. Ruben Castillo |
| BENJAMIN CANTIN | ) | |

ORDER

This matter being brought before the Court and all parties advised thereof,

IT IS HEREBY ORDERED THAT:

Benjamin Cantin is permitted to file his "Psychological Asessment" under seal.

SO ORDERED:

_____

Hon. Ruben Castillo

Entered:

_____